1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7    BRIANNE E WOOD,

8                              Plaintiff,

9         v.

10   HOLLAND AMERICA LINE NV, et al.,

11                              Defendants.

CASE NO. 2:20-cv-01646-RAJ-BAT

**ORDER SETTING PRETRIAL
SCHEDULE**

12        This matter has been assigned to the undersigned for all pretrial proceedings. The Court

13   has reviewed the parties' Joint Status Report (Dkt. 10) and issues the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **June 1, 2021** |
| Deadline for amending pleadings | **July 1, 2021** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **August 30, 2021** |
| All motions related to discovery must be noted for consideration no later than | **October 8, 2021** |
| Discovery to be completed by | **November 8, 2021** |
| Mediation per CR 39.1(c)(2) held no later than | **November 26, 2021** |
| All dispositive motions must be filed pursuant to CR 7(d) | **December 10, 2021** |
| All *Daubert* motions must be filed by (same as dispositive) | **December 10, 2021** |

ORDER SETTING PRETRIAL SCHEDULE -
1

1   This order sets firm dates that can be changed only by order of the Court, not by

2   agreement of counsel for the parties.  The Court will alter these dates only upon good cause

3   shown.  Failure to complete discovery within the time allowed is not recognized as good cause.

4   If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal

5   holiday, the act or event shall be performed on the next business day.

6                                              **TRIAL DATE**

7   A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if

8   the case has not been resolved by settlement.

9                            **DISCOVERY AND COOPERATION**

10   As required by CR 37(a), all discovery matters are to be resolved by agreement if

11   possible.

12               **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

13   Where appropriate, the parties are encouraged to work together in the creation of

14   proposed findings of fact and conclusions of law.  On or before the deadline for filing proposed

15   findings and conclusions the parties shall email their proposed findings and conclusions in Word

16   format to tsuchidaorders@wawd.uscourts.gov.

17                                         **PRIVACY POLICY**

18   Under LCR 5.2(a), parties must redact the following information from documents and

19   exhibits before they are filed with the Court:

20   * Dates of Birth – redact to the year of birth, unless deceased.
21   * Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
    * Social Security or Taxpayer ID Numbers – redact in their entirety
22   * Financial Accounting Information – redact to the last four digits.
    * Passport Numbers and Driver License Numbers – redact in their entirety.

23

ORDER SETTING PRETRIAL SCHEDULE -
2

1

**MEDIATION AND SETTLEMENT**

2          The Court designates this case for mediation under CR 39.1(c) and the parties are

3   directed to follow through with the procedures set forth in that rule. If this case settles, Plaintiff's

4   counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@

5   wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the

6   Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems

7   appropriate.

8          DATED this 3rd day of March, 2021.

9

10   _____
     BRIAN A. TSUCHIDA
11   Chief United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

ORDER SETTING PRETRIAL SCHEDULE -
3